IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cv-11412-RGS |
| Plaintiff, | Hon. Richard G. Stearns |
| v. | |
| JAMES P. STEWARD, PAMELA STEWARD, HOLLY LANE ASSOCIATES, LLC, and CITY OF BEVERLY, | |
| Defendants. | |

### ORDER CONFIRMING VALIDITY OF ORDER OF SALE

Upon the United States' motion for clarification as to the Order of Sale and Appointing Receiver, entered by the Court on August 7, 2014,

The Court now CONFIRMS that the Order of Sale and Appointing Receiver, entered on August 7, 2014, at docket number 32, remains valid and in full effect.

IT IS SO ORDERED:

Dated: 1-6-17.

_____
UNITED STATES DISTRICT JUDGE