IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cv-11412-RGS |
| Plaintiff, ) | |
| ) | Hon. Richard G. Stearns |
| v. ) | |
| JAMES P. STEWARD, ) | |
| PAMELA STEWARD, ) | |
| HOLLY LANE ASSOCIATES, LLC, and ) | |
| CITY OF BEVERLY, ) | |
| Defendants. ) | |

## ORDER TO DISTRIBUTE PROCEEDS OF SALE

This Court, having entered an Order Approving Sale by Receiver of the real property located at 28 Holly Lane, Beverly, Massachusetts 01965 (dkt. no. 37), a closing for the sale having been held on March 16, 2017, the property having been sold free and clear of all liens, claims, right, title, and interest of the parties to this action, the settlement agent for the sale, Cunningham & Cunningham, LLP, 59 Main Street, Gloucester, MA 01930, holding net sale proceeds in the amount of $562,775.15 (receiver and realtor commissions, county taxes, and other expenses associated with the sale having been paid at the closing from the gross proceeds of the sale), the United States having filed a Motion of the United States for Approval of Distribution of Proceeds of Sale of the 28 Holly Lane Property, and for good cause shown, it is hereby

ORDERED that, within three business days of receipt of this order, the settlement agent for the sale, Cunningham & Cunningham, LLP, 59 Main Street, Gloucester, MA 01930, shall prepare and issue checks made payable to J. Barrett & Company/Alle Cutler, Holly Lane

Associates, and the United States of America from the net sale proceeds remaining for distribution after the closing of the sale of 28 Holly Lane, Beverly, Massachusetts 01965 in the following amounts:

| Claimant | Amount of Check |
| --- | --- |
| J. Barrett & Company/Alle Cutler | $24,092.82 |
| Holly Lane Associates, LLC | $380,550.37 |
| United States of America | $158,313.96 |

The check for J. Barrett & Company should be made payable to Alle Cutler, and it should be sent to Alle Cutler, J Barrett & Company, 1 Beach Drive, Manchester, Massachusetts 01940.

The check for Holly Lane Associates, LLC, should be made payable to Holly Lane Associates, and it should be sent to 990 Paradise Road, Suite 1A, Swampscott, Massachusetts 01907.

The check for the United States of America should be made payable to the United States Department of Justice, and sent to the Section Chief, CTS Northern Region, United States Department of Justice, Tax Division, P.O. Box 55, Washington, D.C. 20044.

IT IS SO ORDERED:

Dated: 4-12-17

_Richard M. Stearns_
UNITED STATES DISTRICT JUDGE

Michael J. Suderman

4-12-17